UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Melissa F. Mack<br>Attorney at Law, Bar No. 8556 | Case No. 2:22-ms-00105<br><br>ORDER OF DISBARRMENT |

On November 29, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of December 2, 2022. The OSC provided Ms. Mack with 30 days to respond with reasons why she should not be disbarred from the bar of this Court. No response has been received from Melissa F. Mack. Failure to respond within 30 days warrants an Order of Disbarment. *See* LR IA 11-7.

It is therefore ordered that Melissa F. Mack, Bar No. 8556, is hereby disbarred from the United States District Court for the District of Nevada.

DATED THIS 21st Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 21st day of March 2023, I caused to be served a true and correct copy of the foregoing Order of Disbarment to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Melissa F. Mack
> 15 Bridgegate Way
> Napa, CA 94559

Certified Mail No.: 7020 3160 0000 7420 3029

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada